UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 3:15-CR-00025 |
| | ) | | REEVES/GUYTON |
| BOBBY BOWMAN | ) | | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Bobby Bowman's motion [D. 68] for the Court to reconsider its August 8, 2016 Order [D. 67] denying him a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2). Mr. Bowman simultaneously appealed this Order to the Sixth Circuit, and on April 28, 2017, the Sixth Circuit affirmed. The Sixth Circuit agreed with this Court that Mr. Bowman had already received the benefit of Amendment 782 at the time of his sentencing, and thus, he was not eligible for a reduction under § 3582(c). Because this issue has now been decided by two courts with the same result, the Court declines to reconsider its earlier Order. Accordingly, Mr. Bowman's motion for reconsideration [D. 68] is **DENIED.** Mr. Bowman is advised that filing additional motions raising essentially the same claims yet again will lead to the same result.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE